UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HENRY KUEHN and JUNE P. KUEHN**                                    **PLAINTIFFS**

**V.**                                             **CIVIL ACTION NO.1:06CV723 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**                              **DEFENDANT**

### ORDER OF REMAND

In accordance with the Memorandum Opinion I have this day signed, it is

**ORDERED**

That the motion of Plaintiffs Henry and June Kuehn to remand this action [6] is hereby **GRANTED**;

That this action is hereby **REMANDED** to the Chancery Court of Jackson County, Mississippi;

That the Clerk of Court shall take the steps necessary to return this case to the court from which it was removed.

**SO ORDERED** this 19th day of January, 2007.

s/ L. T. Senter, Jr.
L. T. Senter, Jr.
Senior Judge